UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> MERCURY HUNTINGTON CORP., as Trustee of Colonnade Trust, a Massachusetts Nominee Trust, under Declaration, of Trust dated October 16, 1969, as amended, <br><br> Defendant. | CIVIL ACTION NO. 04-12239-RCL |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure Rule 6(d), Defendant Mercury Huntington Corp. hereby moves the Court to grant an extension of time for Defendant to respond to the Complaint until December 29, 2004. As grounds for this Motion, Defendant states as follows:

1. Plaintiff served the Complaint on The Drucker Company, Ltd. on or about November 8, 2004.

2. Undersigned counsel received the Complaint on or about November 15, 2004.

3. The Complaint alleges numerous violations of Title III of the Americans with Disabilities Act, and Defendant is required to undertake a substantial amount of investigation in order to prepare a response to the Complaint.

4. Undersigned counsel continues to be in the process of assessing, analyzing and investigating the Complaint in order to prepare its response.

FHBOSTON/1134224.1

- 2 -

5.      On November 18, 2004, undersigned counsel contacted Plaintiffs' counsel by telephone and requested a 30-day extension to file a response to the Complaint, in order to continue its assessment and analysis of the Complaint. Plaintiffs' counsel consented to the 30-day extension of time.

6.      Defendant requests that the time for filing a response to the Complaint be extended for 30 days, until December 29, 2004.

7.      Counsel for Plaintiffs has assented to this Motion for a 30-day extension of time to file a response to the Complaint.

WHEREFORE, Defendant respectfully requests an extension of time until December 29, 2004 to file its response to the Complaint.

Respectfully submitted,

MERCURY HUNTINGTON CORP.

By its attorneys,

_/s/ Sheila O'Leary_
Barbara S. Hamelburg, BBO #218670
Sheila O'Leary, BBO #654920
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: November 23, 2004

Certificate of Service

I, Sheila O'Leary, hereby certify that on November 23, 2004, I served a copy of the foregoing document by first class mail, postage prepaid, upon O. Oliver Wragg, Esq., FULLER, FULLER & ASSOCIATES, PA, 12000 Biscayne Blvd., Suite 609, North Miami, FL 33181

*[signature]*
Sheila O'Leary