UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> MERCURY HUNTINGTON CORP., as Trustee of Colonnade Trust, a Massachusetts Nominee Trust, under Declaration, of Trust dated October 16, 1969, as amended, <br><br> Defendant. | CIVIL ACTION NO. 04-12239-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Sheila O'Leary on behalf of defendant Mercury Huntington Corp. I certify that I am admitted to practice in this court.

MERCURY HUNTINGTON CORP.

By its attorneys,

/s/ Sheila O'Leary
Sheila O'Leary, BBO #654920
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: November 30, 2004

FHBOSTON/1137366.1

## Certificate of Service

I, Sheila O'Leary, hereby certify that on November 30, 2004, I served a copy of the foregoing document by first class mail, postage prepaid, upon O. Oliver Wragg, Esq., FULLER, FULLER & ASSOCIATES, PA, 12000 Biscayne Blvd., Suite 609, North Miami, FL 33181

*/s/ Sheila O'Leary*
Sheila O'Leary