UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and<br>PETER SPALLUTO, Individually,<br><br>        Plaintiffs,<br><br>v.<br><br>MERCURY HUNTINGTON CORP.,<br>as Trustee of Colonnade Trust, a Massachusetts Nominee Trust, under Declaration, of Trust dated October 16, 1969, as amended,<br><br>        Defendant. | CIVIL ACTION NO. 04-12239-RCL |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant Mercury Huntington Corp. ("Mercury") hereby states as follows: (1) the parent company is The Druker Company, Ltd.; and (2) no publicly held company owns 10% or more of Mercury's stock.

Respectfully submitted,

MERCURY HUNTINGTON CORP.

By its attorneys,

*Sheila O'Leary*

Barbara S. Hamelburg, BBO #218670
Sheila O'Leary, BBO #654920
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: December 15, 2004

FHBOSTON/1137352.1

## Certificate of Service

I, Sheila O'Leary, hereby certify that on December 15, 2004, I served a copy of the foregoing document by first class mail, postage prepaid, upon O. Oliver Wragg, Esq., FULLER, FULLER & ASSOCIATES, PA, 12000 Biscayne Blvd., Suite 609, North Miami, FL 33181

*[signature]*
Sheila O'Leary