UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> MERCURY HUNTINGTON CORP., as Trustee of Colonnade Trust, a Massachusetts Nominee Trust, under Declaration of Trust dated October 16, 1969, as amended, <br><br> Defendant. | CIVIL ACTION NO. 04-12239-RCL |

## DEFENDANT MERCURY HUNTINGTON CORP.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Mercury Huntington Corp. ("Mercury") hereby moves to dismiss Plaintiffs' Complaint in its entirety with prejudice.

As grounds therefore, Defendant states that Plaintiffs Access 4 All, Inc. ("Access 4 All") and Peter Spalluto ("Spalluto") lack standing to bring this action, has not established a prima facie case of discrimination and has exhibited a lack of good faith in pursuing this claim.

MERCURY HUNTINGTON CORP.

By its attorneys,

*Sheila O'Leary*

Barbara S. Hamelburg, BBO #218670
Sheila O'Leary, BBO #654920
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

- 2 -

Dated: December 29, 2004

## Certificate of Service

I, Sheila O'Leary hereby certify that on December 29, 2004, I served a copy of the foregoing document by first class mail, postage prepaid, upon O. Oliver Wragg, Esq., FULLER, FULLER & ASSOCIATES, PA, 12000 Biscayne Blvd., Suite 609, North Miami, FL 33181

*Sheila O'Leary*

Sheila O'Leary