IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Access All, Inc., a Florida Not-for-Profit Corporation, and Peter Spalluto, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> Mercury Huntington Corp., as Trustee of Colonnade Trust, a Massachusetts Nominee Trust, under Declaration of Trust Dated October 16, 1969, as amended, <br><br> Defendant. | CIVIL ACTION NO.: 04-12239-RCL <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

COME NOW the Plaintiffs, Access 4 All, Inc., a Florida not-for-profit corporation, and Peter Spalluto, individually, by and through their undersigned counsel, and pursuant to the Local Rules of the United States District Court for the District of Massachusetts, who, in response to the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint hereby reincorporates their response to Defendants Motion to Dismiss which has been fully briefed by the Plaintiffs.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U. S. Mail on this 16th day of February, 2005 to: Sheila O'Leary, Foley Hoag LLP., Seaport World Trade Center West, 155 Seaport Blvd., Boston, MA 02210-2600 and Barbara S. Hamelburg, Foley Hoag LLP., Seaport World Trade Center West, 1155 Seaport Blvd., Boston, MA 02210-2600.

Respectfully submitted,

*[signature]* with express permission 2-16/05

O. Oliver Wragg, Esquire (BBO#: 643152)
*of Counsel*
John P. Fuller, Esquire    Fla. Bar No.: 0276847

FULLER, FULLER AND ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, Florida 33181
Tel: (305) 891-5199
Fax: (305) 893-9505