## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 04 CV 12239 RCL

Plaintiff:
**ACCESS 4 ALL INC. AND PETER SPALLUTO**

vs.

Defendant:
**MERCURY HUNTINGTON CORP.**

For:
Oliver Wragg
FULLER AND FULLER
1200 Biscayne Blvd.
Suite 609
N.Miami, FL  33181

Received by CAPLAN & CAPLAN to be served on BOSTON HSR LIMITED PARTNERSHIP, 2 OLIVER STREET BOSTON, MA. 02109.

I, Mark C.Gaisford, do hereby affirm that on the **2nd day of November, 2004** at **3:12 pm**, I:

Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me to ASHLEY SCHIEFER as RECEPTIONIST of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a sworn Constable, in good standing, in the municipality in which the process was served.

Mark C.Gaisford
Constable - Boston P-146

CAPLAN & CAPLAN
172 West Flagler St. #320
Miami, FL  33130

Our Job Serial Number: 2004000291