# UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 04 CV 12239 RCL

Plaintiff:
**ACCESS 4 ALL INC. AND PETER SPALLUTO**
vs.
Defendant:
**MERCURY HUNTINGTON CORP.**

For:
Oliver Wragg
FULLER AND FULLER
1200 Biscayne Blvd.
Suite 609
N.Miami, FL 33181

Received by Boston Due Process to be served on **MERCURY HUNTINGTON CORP. C/O DRUCKER COMPANY 50 FEDERAL STREET BOSTON,MA. 02116.**

I, Mark C. Gaisford, do hereby affirm that on the **8th** day of **November, 2004** at **1:12 pm**, I:

Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me to TERI FLETCHER as RECEPTIONIST of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a sworn Constable, in good standing, in the municipality in which the process was served.

Subscribed to and sworn before me
this ___ day of November, 2004.

Thomas J. Younis, Notary Public
My commission expires Apr. 11, 2008

Mark C. Gaisford
Constable - Boston P-146

Boston Due Process
P.O. Box 87
Boston, MA 02130-0100
(617) 469-3100

Our Job Serial Number: 2004000295

1181203

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f