UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>MERCURY HUNTINGTON CORP., as Trustee of Colonnade Trust, a Massachusetts Nominee Trust, under Declaration, of Trust dated October 16, 1969, as amended, <br><br>　　　　　　Defendant. | CIVIL ACTION NO. 04-12239-RCL |

### DEFENDANT MERCURY HUNTINGTON CORP.'S ASSENTED-TO MOTION TO RE-SCHEDULE SCHEDULING CONFERENCE

Defendant Mercury Huntington Corp. ("Mercury" or the "Hotel") hereby moves to continue the scheduling conference, presently scheduled for August 4, 2005 at 2:30 p.m. until August 3, 2005 at 3:00 p.m. The Hotel understands from the Courtroom Clerk that August 3, 2005 at 3:00 p.m. is an acceptable date and time for the Court. As grounds for this Motion, the Hotel states that senior counsel for the Hotel, Barbara S. Hamelburg, has a previously scheduled business commitment on August 4, 2005 and, therefore, will be unable to attend the previously scheduled conference. Counsel for Plaintiffs has assented to this Motion.

B3054883.1

WHEREFORE, Mercury Huntington Corp. respectfully requests that the Court re-schedule the scheduling conference for August 3, 2005.

                                            MERCURY HUNTINGTON CORP.

                                            By its attorneys,

                                            s/ Sheila O'Leary
                                            Barbara S. Hamelburg, BBO #218670
                                            Sheila O'Leary, BBO #654920
                                            FOLEY HOAG LLP
                                            155 Seaport Boulevard
                                            Boston, MA  02110-2600
                                            (617) 832-1000

Dated: June 28, 2005

## Certificate of Service

I, Sheila O'Leary, hereby certify that on this 28th day of June, 2005, I served a copy of the foregoing document electronically and by first class mail, postage prepaid, upon John Fuller, Esq., FULLER, FULLER & ASSOCIATES, PA, 12000 Biscayne Blvd., Suite 609, North Miami, FL 33181

                                                    s/ Sheila O'Leary

                                                    Sheila O'Leary