IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCES 4 ALL, INC.,
a Florida not-for-profit corporation,
and PETER SPALLUTO, individually,

CIVIL ACTION NO.: 04-CV-12239-RCL

1:04-cv-12239-RCL-LPC
    Plaintiff,
v.

MERCURY HUNTINGTON CORP.,
as Trustee of Colonnade Trust, a Massachusetts
Nominee Trust, under Declaration of Trust
Dated October 16, 1969, as amended,

    Defendant.
_____/

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____        _____
Peter Spalluto                         Oliver Wragg, Esq. (BBO #643152)
                                       Of Counsel
                                       Fuller, Fuller & Associates, P.A.
                                       12000 Biscayne Blvd., Suite 609
                                       North Miami, FL 33181
                                       (305) 689-0800  891-5199

OOW:jl (jyl@fullerfuller.com)
3631-MA Rule 16.1(d) Certificate.wpd