UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually, <br><br>     Plaintiffs, <br><br> v. <br><br> MERCURY HUNTINGTON CORP., as Trustee of Colonnade Trust, a Massachusetts Nominee Trust, under Declaration, of Trust dated October 16, 1969, as amended, <br><br>     Defendant. | CIVIL ACTION NO. 04-12239-RCL |

JOINT SCHEDULING CONFERENCE STATEMENT

Pursuant to Rules 16(b) and (c) and 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1, and the Court's June 1, 2005 Order, the parties submit the following Joint Statement in connection with the Scheduling Conference to be held on August 3, 2005 at 3:00 p.m.

I.   Nature of the Case.

This case is brought by the Plaintiffs, Access 4 All, Inc., a Florida advisory organization, and Peter Spalluto, a disabled individual, seeking injunctive relief to compel the Defendant, a public accommodation, to comply with Title III of the ADA, 42 U.S.C. § 1218 et seq.

Defendant filed an answer to Plaintiffs' Complaint denying the material allegations in the Complaint.

B3062658.2

II.  Proposed Agenda for the August 3, 2005 Scheduling Conference.

    A.  Discovery

The parties have considered the desirability of conducting phased discovery and have concluded that it would not be appropriate in this case. The parties believe that all discovery should be completed at one time.

    B.  Proposed Pre-Trial Schedule

    1.  Joint Discovery Plan

The parties propose the following discovery plan:

| Event | Agreed Date |
| --- | --- |
| Initial Disclosures | August 17, 2005 |
| Motion to Add Parties or Amend Pleadings Filed | September 1, 2005 |
| Plaintiffs' Experts to Be Named and Reports Served | October 15, 2005 |
| Defendant's Experts to be Named and Reports Served | November 15, 2005 |
| All Discovery and Depositions Completed By | January 15, 2006 |
| Dispositive Motions Filed | March 1, 2006 |

Further scheduling can be determined thereafter, if necessary.

| | |
| --- | --- |
| Estimated Length of Trial | 2 days |

    C.  Budget and Alternative Dispute Resolution.

Counsel for the parties have conferred with their respective clients concerning establishing a budge for litigation and the use of Alternative Dispute Resolution. Defendant has attached its certificate required pursuant to Local Rule 16.1(D). Plaintiffs have previously submitted their certificates required pursuant to Local Rule 16.1(D).

III.  Other Items.

    A.  The parties do not wish to seek trial by a Magistrate Judge.

<table>
<tr><td>Dated: July 27, 2005</td><td>By its attorneys,<br><br>/s/ Sheila O'Leary<br>Barbara S. Hamelburg, BBO #218670<br>Sheila O'Leary, BBO #654920<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02110-2600<br>(617) 832-1000</td></tr>
</table>

ACCESS 4 ALL, INC. and PETER SPALLUTO,

By their attorneys,

/s/ John Fuller
O. Oliver Wragg, BBO #643152
John Fuller, admitted *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199

Dated: July 27, 2005

## Certificate of Service

I, Sheila O'Leary, hereby certify that on this 27th day of July, I served a copy of the foregoing document by first class mail, postage prepaid, upon John Fuller, Esq., FULLER, FULLER & ASSOCIATES, PA, 12000 Biscayne Blvd., Suite 609, North Miami, FL 33181

*/s/ Sheila O'Leary*

Sheila O'Leary