UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>MERCURY HUNTINGTON CORP., as Trustee of Colonnade Trust, a Massachusetts Nominee Trust, under Declaration, of Trust dated October 16, 1969, as amended,<br><br>Defendant. | CIVIL ACTION NO. 04-12239-RCL |

I, Barbara S. Hamelburg, counsel for defendant Mercury Huntington Corp., hereby affirm that I have conferred with David Colella in accordance with Local Rule 16.1(D)(3), by discussing the potential costs of conducting litigation and the use of alternative means of dispute resolution.

MERCURY HUNTINGTON CORP.

By its attorneys,

_Barbara S. Hamelburg_
Barbara S. Hamelburg, BBO #218670
Sheila O'Leary, BBO #654920
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: July 27, 2005

B3062650.1

/s/ David Colella
David Colella
Authorized Representative of
Mercury Huntington Corp.

Dated: July 19, 2005

- 3 -

## Certificate of Service

I, Sheila O'Leary, hereby certify that on July 27, 2005, I served a copy of the foregoing document by first class mail, postage prepaid, upon John Fuller, Esq., FULLER, FULLER & ASSOCIATES, PA, 12000 Biscayne Blvd., Suite 609, North Miami, FL 33181.

*Sheila O'Leary* [signature]

Sheila O'Leary