UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>MERCURY HUNTINGTON CORP., as Trustee of Colonnade Trust, a Massachusetts Nominee Trust, under Declaration, of Trust dated October 16, 1969, as amended,<br><br>Defendant. | CIVIL ACTION NO. 04-12239-RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Civ. P. 41(a)(1), Plaintiffs Access 4 All, Inc. and Peter Spalluto and Defendant Mercury Huntington Corp. hereby stipulate and agree to dismiss this action, with prejudice. All rights of appeal are hereby expressly waived.

ACCESS 4 ALL, INC. and
PETER SPALLUTO,

By their attorneys,

_____
John Fuller
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199
Date: 4/7/06, 2006

MERCURY HUNTINGTON CORP.,

By its attorneys,

_____
Barbara S. Hamelburg, BBO #216670
Sheila O'Leary, BBO #654920
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

B3133345.1